# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| SINISA PETKOVICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20 CV 234 |
| | ) |
| ARCELORMITTAL USA, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

On June 21, 2021, Magistrate Judge John E. Martin issued a report and recommendation that the district court deny, as moot, defendant's request for dismissal of the case. (DE # 48.) No objections have been timely filed, so the court now **ADOPTS** Magistrate Judge Martin's report and recommendation (DE # 48), and **DENIES, as moot,** defendant's motion to dismiss (DE # 27).

**SO ORDERED.**

Date: September 27, 2021

    s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT