IN THE UNITED STATES DISTRICT COURT
for the NORTHERN DISTRICT of INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SINISA PETKOVICH  ) | |
|     Plaintiff,  ) | |
| ) | Case No.: 2:20-cv-234-JTM-JEM |
| v.  ) | |
| ) | JURY DEMAND |
| ) | |
| ARCELORMITTAL USA  ) | |
|     Defendant.  ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Sinisa Petkovich, and Defendant, ArcelorMittal USA, by counsel, hereby stipulate to dismiss all claims in this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear her/its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| THE LAW OFFICE OF BRYAN K. BULLOCK, LLC | SEYFARTH SHAW LLP |
| | By: s/ Sara Eber Fowler |
| /s/Bryan K. Bullock | Sara Eber Fowler, Atty. No. 62997-07 |
| Bryan K. Bullock, Atty. No. 22812-45 | SEYFARTH SHAW LLP |
| 9800 Connecticut Drive | 233 S. Wacker Drive, Suite 8000 |
| Crown Point, Indiana 46307 | Chicago, Illinois 60606-6448 |
| Telephone: 219.472.1546 | Telephone: (312) 460-5000 |
| *attybullock@yahoo.com* | Facsimile: (312) 460-7000 |
| | sfowler@seyfarth.com |
| Attorney for Plaintiff | |
| | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 10th, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

                                        /s/ Bryan K. Bullock

**Distribution to:**

Sara Eber Fowler
Seyfarth Shaw, LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL  60606